IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY LERON THOMAS | § § § | PLAINTIFF |
| v. | § § § § | Civil No. 1:25-cv-217-HSO-BWR |
| SHERIFF JOHN LEDBEDDER, VITAL CORE MEDICAL, JACKSON COUNTRY CIRCUIT COURT, and JACKSON COUNTY, MISSISSIPPI | § § § § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Order entered this date adopting the Magistrate Judge's Report and Recommendation [8], the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk of the Court shall reopen this case if Plaintiff pays the full filing fee of $405.00 within thirty days of the entry of this Order.

**SO ORDERED AND ADJUDGED**, this the 6th day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE